IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN M. BELL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3215 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On September 12, 2018, the Court dismissed the petition for a federal writ of habeas corpus under 28 U.S.C. § 2254 filed by Petitioner John M. Bell (TDCJ #02172048) as duplicative of one filed previously in <u>Bell v. Davis</u>, Civil No. H-18-2540 (S.D. Tex. 2018). *See* Docket Entry No. 3. Because this case has been dismissed as improvidently filed, it is hereby

**ORDERED** that Petitioner's pending motions to suppress evidence, for a speedy trial, and to proceed *in forma pauperis* (Docket Entry Nos. 4, 5, 6) are **DENIED as MOOT**; it is further

**ORDERED** that a certificate of appealability is **DENIED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 26TH day of December, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE